# Court of Appeals, State of Michigan

## ORDER

People v DeMarko Carrington Sanders

Docket No. 322712

LC No. 14-034408-FH

Elizabeth L. Gleicher
Presiding Judge

David H. Sawyer

William B. Murphy
Judges

The Court orders that the motion for reconsideration is GRANTED, and this Court's opinion issued October 13, 2015 is hereby VACATED. A new opinion is attached to this order.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

NOV 10 2015

Date

Chief Clerk